**IT IS SO ORDERED.**

**Dated:  09:40 AM April 20 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | |
| James Kalista | Case No.: 09-50526 |
| Debtor(s). | Chapter 7 |
| | Judge Marilyn Shea-Stonum |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (DOCKET NUMBER 23) AS TO REAL PROPERTY LOCATED AT 4300 MORLEY DRIVE, AURORA, OH 44202

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Litton Loan Servicing, LP as servicer for GSAA Home Equity Trust 2006-15 ("Creditor"), filed as Docket Number 23.

Creditor has alleged that good cause exists for granting the Motion and that James Kalista ("Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. The Trustee filed an

09-08900-031109-

objection to Creditor's motion but has since withdrawn objection.  No other party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Creditor and its successors and assigns, as to the real property owned by Debtor and located at 4300 Morely Drive, Aurora, OH 44202.

2. The Trustee is authorized and directed to abandon such Property.

###

**SUBMITTED BY:**

 /s/ Stacey A. O'Stafy
Stacey A. O'Stafy (0070386)
Holly N. Wolf (0068847)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: sao@mdk-llc.com
Attorneys for Creditor

Copies to:

| | |
|---|---|
| Clarissa Allega | Irwin Mortgage Corporation |
| Attorney Debtor | Party of Interest |
| 2000 Chestnut Blvd. | 10500 Kincaid Drive |
| Cuyahoga Falls, OHIO 44223 | Fishers , IN 46037 |
| (notified by ecf) | (notified by regular US Mail) |

09-08900-031109-

James Kalista
Debtor
4300 Morley Drive
Aurora, OH 44202
(notified by regular US Mail)

Summit County Fiscal Officer
Party of Interest
175 South Main Street
Akron, OH 44308
(notified by regular US Mail)

Richard A. Wilson
Chapter 7 Trustee
P.O. Box 3307
1221 South Water Street
Kent, OH 44240-3307
(notified by ecf)

Michelle Kalista
Non-Filing Co-Debtor
4300 Morley Drive
Reminderville, OH 44202
(notified by regular US Mail)

Stacey A. O'Stafy
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
(notified by ecf)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(notified by ecf)

James Kalista
Debtor
4300 Morley Drive
Reminderville, OH 44202
(notified by regular US Mail)

09-08900-031109-